UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ERIC JONES, | ) | CASE NO. C09-1183-JCC-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION TO |
| | ) | MODIFY RESPONDENT |
| PATRICK GLEBE, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, proceeding *pro se*, submitted a motion to modify the respondent in this matter following his transfer to a different facility.  (Dkt. 32.)  Respondent does not oppose the motion.  (Dkt. 35.)  Petitioner appropriately seeks to name Patrick Glebe, the state officer having custody of him, as the respondent to the petition.  *Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).  Accordingly, his motion to modify the respondent (Dkt. 32) is hereby GRANTED.  The Clerk is directed to send a copy of this Order to the parties and to the Honorable John C. Coughenour.

DATED this 25th day of June, 2010.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION
TO MODIFY RESPONDENT
PAGE -1