01

02

03

04

05                     UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
06                             AT SEATTLE

07  ERIC JONES,                          )
                                         )   CASE NO. C09-1183-JCC-MAT
08                     Petitioner,       )
                                         )
09       v.                              )   ORDER RE: PENDING MOTIONS
                                         )
10  PATRICK GLEBE,                       )
                                         )
11                     Respondent.       )
    _____  )

12

13        Petitioner, proceeding *pro se*, submitted a construed motion to amend his petition (Dkt.

14  38) and a motion for extension of time to file a reply in support of that motion (Dkt. 44).   Now,

15  having considered petitioner's motions and the responses from respondent (Dkts. 43 & 44), the

16  Court finds and rules as follows:

17        (1)     The Court noted the motion to amend for consideration on August 13, 2010.

18  (Dkt. 41.)   Petitioner, in his motion for an extension of time, requested that he be granted an

19  extension to October 31, 2010 to submit his reply in support of the motion to amend.   (Dkt.

20  44.)   Respondent did not object to an extension, but maintained that the requested date was

21  excessive and suggested September 10, 2010 as an adequate date for the extension.   (Dkt. 45.)

22  Petitioner thereafter submitted his reply, signed on August 17, 2010, well before either the

ORDER
PAGE -1

01  requested or suggested dates for the extended deadline.   (Dkt. 46.)   Considering the brief and

02  reasonable period of time needed for the submission of the reply, petitioner's motion for an

03  extension of time (Dkt. 44) is hereby GRANTED.

04          (2)       Federal Rule of Civil Procedure 15 provides that "leave [to amend a pleading]

05  shall be freely given when justice so requires."   Fed. R. Civ. P. 15 (a).   Leave to amend may

06  be denied where there is undue delay, bad faith or dilatory motive, undue prejudice to the

07  opposing party, or when the amendment would be futile.   See *Foman v. Davis*, 371 U.S. 178,

08  182 (1962).   Respondent here objects to petitioner's motion to amend, asserting that

09  petitioner's original claims bear no similarity to the proposed amended claims, the former of

10  which he contends were manifestly available to petitioner at the time petitioner filed his original

11  petition.   Respondent asserts that he would be prejudiced if petitioner were "allowed to

12  completely change course and thereby obligate [him] to file a new answer[.]"   (Dkt. 43 at 2.)

13  Petitioner, in reply, asserts that he is abandoning only the unexhausted claims presented in his

14  original petition.   (Dkt. 46.)

15          The Court finds no basis for concluding that the need to file a new answer would unduly

16  prejudice respondent.   Accordingly, petitioner's motion for leave to amend (Dkt. 38) is

17  GRANTED.[1]  Respondent shall submit a second supplemental answer, with any additional

18

19          1 The Court notes, however, that petitioner's intention with respect to the proposed amended
petition remains, in part, unclear.   While petitioner states in his reply that he is "abandoning only the
20  unexhausted claim[]" in his original petition (Dkt. 46 at 2), he does not include, in his proposed amended
petition, the exhausted claims included in his original petition.   Given his stated intention to abandon
21  only his unexhausted claims, the Court will, unless advised otherwise by petitioner, consider both the
exhausted claims included in petitioner's original petition (Dkt. 6) and the claims presented in his
22  amended petition (Dkt. 38).   Because respondent has already responded to the exhausted claims in
petitioner's original petition, he need not again address those claims in the second supplemental answer.

01  record as needed, within **forty five (45) days** of the date of this Order.   The noting date for

02  consideration of respondent's current answer/supplemental answer (Dkts. 12 & 23) is hereby

03  STRICKEN from the calendar.

04         (3)     The Clerk is directed to send a copy of this Order to the parties and to the

05  Honorable John C. Coughenour.

06         DATED this 28th day of September, 2010.

07

08

09  _____

10  Mary Alice Theiler
    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22