THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC JONES,

        Petitioner,

    v.

PATRICK GLEBE,

        Defendant.

CASE NO. C09-1183

ORDER

The Court, having reviewed Petitioner's petition for writ of habeas corpus, Respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation (Dkt. No. 56);

(2) Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(3) Petitioner's request for a stay (Dkt. No. 50) is DENIED;

(4) Petitioner is DENIED issuance of a certificate of appealability, and

//
//
//
//

ORDER - C09-1183
PAGE - 1

(5) The Clerk is directed to send copies of this Order to petitioner, to counsel for Respondent, and to Judge Theiler.

DATED this 18th day of March 2011.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - C09-1183
PAGE - 2